MAYO S. SISLER AND MAYO S. SISLER AND APT-TO-ACRES, INC. v. COURIER—NEWS CO.

May 30, 1985.

Petition for certification granted. (See 199 *N.J.Super.* 307)

MAYO S. SISLER AND MAYO S. SISLER AND APT-TO-ACRES, INC. v. COURIER–NEWS CO.

May 30, 1985.

Cross-petition for certification granted. (See 199 *N.J.Super.* 307)

IN THE MATTER OF THE PETITION FOR REVIEW OF OPINION # 552 OF THE ADVISORY COMMITTEE ON PROFESSIONAL ETHICS.

May 30, 1985.

Petitions for review of the Advisory Committee on Professional Ethics Opinion Number 552, entitled *Conflict of Interest—Municipal Counsel Representing Municipalities and One or More Officials or Employees in Same Litigation,* are granted; and it is further

ORDERED that the stay heretofore entered is continued pending final disposition of this matter in the Supreme Court.